UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:21-CR-00004-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BRYAN WALTER RICCALDO | ) | |

Upon motion of the United States, for the reasons stated in the Motion to Seal and for good cause shown, it is hereby ORDERED that the United States' Motion to Continue Sentencing and proposed order [DE 66] be sealed, except that a filed, stamped copy be provided to the United States Attorney's Office for the Eastern District of North Carolina.

IT IS SO ORDERED, this 10 day of January, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE